IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES JOSEPH BJORNE BENNETT,

    Petitioner,

v.

J. SALAZAR, Warden, B.O.P.,
Sheridan, OR,

    Respondent.

Case No. 3:19-cv-01229-JR

ORDER

RUSSO, Magistrate Judge.

The Court GRANTS petitioner's motion for voluntary dismissal (ECF No. 5) of this habeas corpus action.

IT IS SO ORDERED.

DATED this 18th day of October, 2019.

*Jolie A. Russo*
Jolie A. Russo
United States Magistrate Judge

1 - ORDER